ELSIE S. FULLERTON, Appellant, *v.* CITY OF SCHENECTADY, Respondent.

WALTER A. FULLERTON, JR., Appellant, *v.* CITY OF SCHENECTADY, Respondent.

Argued June 7, 1955; decided July 8, 1955.

*James A. Leary, Walter A. Fullerton, Charles W. Aussicker, William L. Ford* and *Francis J. Keehan* for appellants.

*Charles Ward Brown* for respondent.

*Donald A. Walsh* and *Harold W. Weidner* for New York State Conference of Mayors and Other Municipal Officials, *amici curiæ*, in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.

In the Matter of the Construction of an Indenture of Trust Made by MCALEXANDER D. RYAN. GUARANTY TRUST COMPANY OF NEW YORK et al., as Trustees, et al., Respondents; MCALEXANDER D. RYAN, Individually and as Trustee, Appellant.

Argued June 7, 1955; decided July 8, 1955.